# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-10381
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 24, 2019

Lyle W. Cayce
Clerk

OMAR A. BROWN,

Plaintiff-Appellant

v.

FEDERAL EXPRESS CORPORATION,

Defendant-Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:16-CV-1456

Before WIENER, HAYNES, and COSTA, Circuit Judges.

PER CURIAM:*

Plaintiff-Appellant Omar A. Brown, a former long-time employee of Defendant-Appellee Federal Express Corporation ("FedEx"), filed this employment discrimination lawsuit grounded in his failure to be awarded a promotion to a position for which he and other employees had applied. FedEx filed a motion for summary judgment seeking dismissal of Brown's lawsuit. The district court referred the matter to a magistrate judge who considered the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-10381

filings and evidence submitted by both parties, then prepared and filed a 22-page Findings, Conclusions, and Recommendation, exhaustively considering the factual allegations and the law applicable to Brown's complaint. Shortly after receipt of the magistrate judge's filing, the district court issued an Order granting FedEx's Motion for Summary Judgment. On the same day, the court issued its Final Judgment, dismissing all of Brown's claims with prejudice.

We have now considered the record on appeal, including without limitation the briefs of the parties and the exhaustive report and recommendation of the magistrate judge. Like the district court before us, we are convinced that the magistrate judge's recommendation to grant FedEx's Motion for Summary Judgment of Dismissal is correct in light of the alleged facts and the applicable law. We therefore affirm the district court's dismissal of Brown's claims with prejudice.

AFFIRMED.